UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
JIMMY SMITH and ANTHONY PALUMBO, suing on behalf   ECF Case
of themselves and all others similarly situated,
:
08-CV-7090 (GBD)
              Plaintiffs,      :

      - against -      : **NOTICE OF APPEARANCE OF**
                                                                  **COUNSEL FOR DEFENDANTS**

THE NEW YORK STATE DEPARTMENT OF         :
CORRECTIONAL SERVICES and BRIAN FISCHER,
Commissioner, Department of Correctional Services,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that the undersigned appears on behalf of Defendants,

THE NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES AND BRIAN

FISCHER.

Dated:   New York, New York
           August 28, 2008

                                            ANDREW M. CUOMO
                                            Attorney General of the
                                            State of New York
                                            <u>Attorney for Defendants</u>
                                            By:


                                            _S/_____
                                            JOHN M. SCHWARTZ
                                            Assistant Attorney General
                                            120 Broadway - 24th Floor
                                            New York, New York  10271
                                            (212) 416-8559

TO:    ROBERT N. ISSEKS, ESQ.
       ALEX SMITH, ESQ.
       37 North Street
       Middletown, NY 10940

       PETER A. SELL, ESQ.
       324 West 96th Street
       Suite 4B
       New York, NY 10025