USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY SMITH, et al.,

        Plaintiffs,

  - against -

THE NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES, et al.,

        Defendants.

**ORDER**

08 Civ. 7090 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 16, 2009,

**IT IS HEREBY ORDERED** that the Parties comply with the following class certification briefing schedule:

 1) Motion due on or before **May 15, 2009**;

 2) Response due on or before **June 15, 2009**;

 3) Reply due on or before **June 29, 2009**;

**IT IS FURTHER ORDERED** that the Parties appear for a subsequent conference on

**June 4, 2009, at 10:00 a.m.**

**SO ORDERED this 16th day of April 2009**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge